STATE OF LOUISIANA      *      NO. 2020-KA-0071

VERSUS      *      COURT OF APPEAL

ALDRED A DIXON      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

JCL

**LOBRANO, J., CONCURS IN THE RESULT.**